AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

)
)
)
STEVEN J. KANIADAKIS )
*Plaintiff(s)* )
)
THE EXECUTIVE BOARDS OF DIRECTORS, )
SAP, INC., CONCUR INC. et al., )
THE EXECUTIVE BOARDS OF DIRECTORS )
VERIZON, INC, AOL, INC, TECHCRUNCH )
et al. )
*Defendant(s)* )

Civil Action No.

8:17-CV-419-T-17TBM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SAP, INC.,
THE EXECUTIVE BOARD, C.E.O., and,
BILL McDERMOTT, CEO, SAP, and
C/O SAP AMERICA, INC et al, CONCUR-SAP, INC.
J.S. Singh CHAIRMAN, CONCUR
3999 WESTCHESTER PIKE
NEWTON SQUARE, PA 19073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEVEN J. KANIADAKIS
2895 64th Avenue South
ST. PETERSBURG, FL 33712-5554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 2 1 2017

*Signature of Clerk or Deputy Clerk*